**UNITED STATES of America,**
**Plaintiff—Appellee,**

v.

**Charles V. FARNSWORTH,**
**Defendant—Appellant.**

No. 08–30034.

United States Court of Appeals,
Ninth Circuit.

R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

Submitted Aug. 11, 2008.*

Filed Aug. 19, 2008.

Helen J. Brunner, USSE—Office of the U.S. Attorney, Seattle, WA, Kent Y. Kiu, USTA—Office of the U.S. Attorney, Tacoma, WA, for Plaintiff–Appellee.

Charles V. Farnsworth, Seattle, WA, Russell Leonard, FPDWA—Federal Public Defender's Office, Tacoma, WA, for Defendant–Appellant.

Before: CANBY, LEAVY and KLEINFELD, Circuit Judges.

MEMORANDUM **

The motion of Russell V. Leonard, Esq., to withdraw as counsel for appellant is granted. The Clerk shall amend the docket to reflect that appellant is proceeding pro se.

A review of the record and the parties' briefs indicates that the questions raised in this appeal are so insubstantial as not to require further argument. *See United States v. Hooton,* 693 F.2d 857, 858 (9th Cir.1982) (per curiam) (stating standard). Accordingly, we summarily affirm the district court's January 28, 2008 orders.

All other pending motions are denied as moot.

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

The Clerk shall serve this memorandum on appellant pro se as well as on his former counsel.

**AFFIRMED.**

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.